**UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case Number: 21-22770-CIV-MARTINEZ-BECERRA.**

| | |
|---|---|
| MATTHEW ESTEVEZ, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | |
| vs. | |
| DISTRESSED SOLUTIONS, LLC, a Delaware Limited Liability Corporation, | **JURY TRIAL DEMANDED** |
| *Defendants*. _____/ | |

**JOINT NOTICE OF SETTLEMENT**

The Parties, by and through their undersigned counsel, hereby give notice that they have reached a settlement with respect to Plaintiff's claim.

Plaintiff and Defendant anticipate filing a Stipulation of Dismissal within thirty (30) days.

Dated: January 7, 2022

Respectfully Submitted,

| | |
|---|---|
| */s/ Ignacio J Hiraldo*<br>**IJH Law**<br>Ignacio J. Hiraldo, Esq.<br>FL Bar No. 56031<br>Washington D.C. Bar No. 485610<br>1200 Brickell Ave. Ste. 1950<br>Miami, FL 33131<br>t. 786.496.4469<br>e. ijhiraldo@ijhlaw.com<br><br>*Counsel for Plaintiff* | *By: /s/ James A. Peterson*<br>James A. Peterson, Esq.<br>Florida Bar No. 645621<br>PETERSON LEGAL P.A.<br>401 East Las Olas Boulevard<br>Suite 130-550<br>Fort Lauderdale, Florida 33301<br>(754) 444-8076<br>James@PetersonLegal.com<br><br>*Attorney for Defendant* |