UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number: 21-22770-CIV-MARTINEZ-BECERRA

MATTHEW ESTEVEZ, individually, and
on behalf of all others similarly situated,

    Plaintiff,

v.

DISTRESSED SOLUTIONS, LLC,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court upon the parties' Joint Stipulation for Dismissal. (ECF No. 28). It is hereby:

**ORDERED AND ADJUDGED** that this action is **DISMISSED with prejudice** as to Plaintiff's individual claim and **without prejudice** as to any other member of the putative class. Each party shall bear its own attorney's fees and costs. This case is **CLOSED** and all pending motions are **DENIED as moot**.

DONE AND ORDERED in Chambers at Miami, Florida, this 14th day of February, 2022.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record